# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRAMAINE A. HARRISON** | **CIVIL ACTION** |
| **VERSUS** | |
| **PRESIDENT BARACK OBAMA, ET AL.** | **NO.:15-0080-BAJ-SCR** |

## RULING AND ORDER

On May 7, 2015, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Tramaine A. Harrison's ("Plaintiff") Complaint (Doc. 1) be dismissed, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted. (Doc. 4).

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 4 at p. 1). The Court then received a letter from Susan S. Freeman, and Account Technician with Eastern Louisiana Mental Health Systems informing the Court that Tramaine A. Harrison was discharged from its facility on April 8, 2015. (Doc. 5). The Magistrate Judge's Report was subsequently resent to the Plaintiff on June 8, 2015, at 6895 Highway 18, St. James, Louisiana 70086. A review of the record indicates that Plaintiff still has not filed any objections to date.

Having carefully considered the Plaintiff's Complaint, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 4)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above-captioned matter be **DISMISSED**, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana, this 2nd day of July, 2015.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**